NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

ORDER

The appellants move for a 2-day extension of time, until February 19, 2010, to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

FEB 03 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul D. Clement, Esq.
     Morgan Chu, Esq.
     Megan M. Valentine, Esq.
     Carter G. Phillips, Esq.
     Kenneth R. Adamo, Esq.
     Stephen B. Kinnaird, Esq.
     Michael J. Bettinger, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 03 2010

JAN HORBALY
CLERK